**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| SHARON D. NICHOLS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2278 |
| | § | |
| ANDREW SAUL, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 18. The M&R recommends denying plaintiff Sharon Nichols's motion for summary judgment (Dkt. 13) and granting the defendant's cross-motion for summary judgment (Dkt. 12).

Objections to the M&R were due on July 19, 2019, but Nichols has not filed any objections to date. *See* Dkt. 18. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, pleadings, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 18). For the reasons stated in the M&R, Nichols's motion for summary judgment (Dkt. 13) is DENIED and the defendant's motion for summary judgment (Dkt. 12) is GRANTED.

Signed at Houston, Texas on July 24, 2019.

_____
Gray H. Miller
Senior United States District Judge